IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

EMCASCO INSURANCE COMPANY,

        Plaintiff,

Vs.                                No.  03-4174-SAC

DAIRYLAND  INSURANCE  COMPANY,
COVENTRY HEALTH CARE OF KANSAS, INC.,
JIM L. NUNGESSER, CAROLYN L. NUNGESSER,
and JOSH M. BRYANT,

        Defendants.

MEMORANDUM AND ORDER

        This case comes before the court on plaintiff's motion to lift the stay entered by this court on March 4, 2004.  On that date, this court stayed all proceedings in this case "until final judgment is entered in the parallel state court case." Having reviewed the briefs relating to this motion, the factual and procedural posture of this case, the related pleadings in federal court (No. 07-1285-WEB), and the intervening events in the parallel state court case (Sedgwick County No. 03-CV-00049), the court finds that plaintiff's motion should be denied.

    IT IS THEREFORE ORDERED that plaintiff's motion to lift stay (Dk. 74) is denied.

Dated this 19th day of November, 2007, Topeka, Kansas.

                                        s/ Sam A. Crow  
                                        Sam A. Crow, U.S. District Senior Judge